UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Tricia Diamond

Debtor

No: 23-11683

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE AND STATEMENT OF LOCAL COUNSEL

## APPLICATION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, **Darryl T. Landwehr** hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: **Monica R. Kelly**.

The particular need for my appearance and participation is: _Ms. Kelly's claim arises under a Bond for Deed executed and affecting real property in the State of Louisiana_

I, **Darryl T. Landwehr**, understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington, which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Rules of Bankruptcy Procedure of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing. I further understand that this application, and my association with local counsel, pertains to the above-captioned matter only. My appearance and participation in other bankruptcy or adversary proceedings before this Court will require a separate pro hac vice application.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the State of **Louisiana**.

Application to Appear Pro Hac Vice
Local Form, W.D. Wash. Bankr.

1

With this application I will tender the applicable pro hac vice fee to the Office of the Clerk of the Bankruptcy Court via electronic payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/9/2023

_____
Signature of Applicant Attorney

Applicant's Name: Darryl T. Landwehr
Bar # 17677  State: Louisiana
Applicant's Law Firm: Landwehr Law firm, LLC
Applicant's Address: 650 Poydras St., Suite 2519, New Orleans, LA 7013
650 Poydras St., Suite 2519, New Orleans, LA 7013
Telephone No: 504 561-8086
E-mail address: dtlandwehr@att.net

### STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle the above-captioned matter, up to and including trial, in the event the applicant, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant. I further understand that my obligations as local counsel extend to the above-captioned matter only and that the applicant attorney is required to file an additional pro hac application for appearance and participation in any other bankruptcy or adversary proceedings before this Court.

DATED: 11/27/2023      /s/ Jacob DeGraaff

Signature of Local Counsel

Application to Appear Pro Hac Vice
Local Form, W.D. Wash. Bankr.    2

| | | |
|---|---|---|
| 1 | Local Counsel Name & WSBA Bar ID Number: | Jacob DeGraaff, WSBA #36713 |
| 2 | Local Counsel Law Firm: | Henry & DeGraaff, P.S. |
| 3 | Local Counsel Address: | 10728 16th Ave SW, Seattle WA 98146 |
| 4 | Local Counsel E-mail address: | jacobd@hdm-legal.com |
| 5 | Telephone No: | (206) 330-0595 |

Application to Appear Pro Hac Vice
Local Form, W.D. Wash. Bankr.

3