Below is the Order of the Court.



Timothy W. Dore
U.S. Bankruptcy Court
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Tricia Diamond

Debtor,

Case No. 23-11683-TWD

**ORDER ON PRO HAC VICE APPLICATION**

This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by ___Darryl T. Landwehr___ seeking permission to appear and participate as counsel for ___Monica R. Kelly___ in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///